IN THE COURT OF CRIMINAL APPEALS


OF TEXAS


 






NO. 210-04







JIMMY LEE FLORES, Appellant



v.



THE STATE OF TEXAS






ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW


FROM THE SEVENTH COURT OF APPEALS


YOKUM COUNTY







 Per Curiam


O P I N I O N 




 Appellant was convicted of injury to a child and his punishment was assessed at fifty
years. The Court of Appeals affirmed. Flores v. State, 07-02-0224-CR (Tex. App.- Amarillo,
delivered November 24, 2003).


 The Court of Appeals held that an out-of-court statement admitted under T.R.E. 803 (24)
as a statement against interest did not violate the Confrontation clause, because it qualified as
a "firmly rooted" hearsay exception. Appellant has filed a petition for discretionary review
challenging that holding.

 At the time the Court of Appeals handed down its opinion in this case, it did not have the
benefit of the United States Supreme Court's opinion in Crawford v. Washington, __U.S. __,
124 S.Ct. 1354, __L.Ed. 3d ___ (2004). Accordingly, we grant grounds three and four of
Appellant's petition for discretionary review, vacate the judgment of the Court of Appeals, and
remand to that court for reconsideration in light of Crawford. Appellant's remaining grounds
for review are dismissed.

Delivered: September 15, 2004.

Do not Publish